NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRIS PHARMA, INC.,**
*Plaintiff-Appellee*

**v.**

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellant*

---

2023-1158

---

Appeal from the United States District Court for the District of New Jersey in No. 2:20-cv-05212-KM-ESK, Judge Kevin McNulty.

---

**ON MOTION**

---

**O R D E R**

Teva Pharmaceuticals USA, Inc. moves to voluntarily dismiss this appeal pursuant to Rule 42 of the Federal Rules of Appellate Procedure, stating that "[n]o costs are due" and that Tris Pharma, Inc. does not oppose the motion.  Mot. at 1.

Upon consideration thereof,

2        TRIS PHARMA, INC. v. TEVA PHARMACEUTICALS USA, INC.

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  The parties shall bear their own costs.

FOR THE COURT

December 14, 2022                    /s/ Peter R. Marksteiner
        Date                          Peter R. Marksteiner
                                      Clerk of Court


ISSUED AS A MANDATE:  December 14, 2022